# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**ORDER**

August 7, 2024

*Before*

DIANE S. SYKES, *Chief Judge*
FRANK H. EASTERBROOK, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*

|  |  |
|---|---|
| No. 22-1037 | MICHELLE R. GILBANK,<br> Plaintiff - Appellant<br>v.<br><br>WOOD COUNTY DEPARTMENT OF HUMAN SERVICES, et al.,<br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:20-cv-00601-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson | |

The opinion of this court issued on August 1, 2024, is amended as follows:

Page 66, first paragraph, "KIRSCH, *Circuit Judge*, concurring in part and dissenting in part" should be "KIRSCH, *Circuit Judge*, concurring in part and dissenting in part, joined by SYKES, *Chief Judge*, and SCUDDER, ST. EVE, and LEE, *Circuit Judges*, and joined as to Part I by EASTERBROOK, *Circuit Judge*."